**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERIS BANK, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021, <br><br> Defendants. | Case No. |

**PLAINTIFF AMERIS BANK'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Ameris Bank by and through its undersigned counsel, respectfully states as follows:

1.    Ameris Bank is a wholly owned subsidiary of Ameris Bancorp, a publicly held corporation.

2.    Ameris Bancorp is the only publicly traded company that owns 10% or more of the stock of Ameris Bank.

[Signature on following page]

1

Dated: February 20, 2026

Smith, Katzenstein & Jenkins LLP

 /s/  *Megan Ix Brison*

Elizabeth Wilburn Joyce (DE Bar #3666)
Megan Ix Brison (DE Bar #6721)
Lauren A. Black (DE Bar #7048)
1000 N. West Street, Suite 1501
Wilmington, Delaware  19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com
lab@skjlaw.com

*Counsel for Plaintiff*

2