## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMERIS BANK,

        Plaintiff,

    v.

PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021

        Defendants.

Case No. 1:26-cv-190-JLH

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME**

WHEREAS, on May 20, 2026, the Court issued an oral order directing the parties to jointly prepare and file a proposed Scheduling Order and a letter setting forth (a) a description of what this case is about; (b) the parties' positions regarding any disputes in the proposed Scheduling Order; and (c) a list of any other issues the parties want to address at the Rule 16 Scheduling Conference within thirty (30) days (the "May 20, 2026 Order");

WHEREAS, the parties conferred and agreed to seek additional time to respond to the Court's May 20, 2026 Order;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time for the parties to submit a proposed Scheduling Order and Letter pursuant to the Court's May 20, 2026 Order shall be extended from Monday, June 22, 2026 to Tuesday, June 30, 2026.

Dated: June 22, 2026

Reed Smith LLP

Smith, Katzenstein & Jenkins LLP

*/s/ Benjamin P. Chapple*
Benjamin P. Chapple (DE Bar #5871)
John T. Miraglia (DE Bar #6682)
1201 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7500
bchapple@reedsmith.com

*/s/ Megan Ix Brison*
Elizabeth Wilburn Joyce (DE Bar #3666)
Megan Ix Brison (DE Bar #6721)
Lauren Black (DE Bar #7048)
1000 N. West Street, Suite 1501
Wilmington, Delaware  19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com
lab@skjlaw.com

*Counsel for Defendants*

*Counsel for Plaintiff*

It is so ordered this 26th day of _____ June _____, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge