**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERIS BANK,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRICK E. BYRNE, THE PATRICK E.<br>BYRNE REVOCABLE TRUST U/T/A<br>DATED FEBRUARY 23, 2001, and THE<br>PATRICK E. BYRNE IRREVOCABLE<br>TRUST U/T/A DATED JULY 22, 2021,<br><br>          Defendants. | C.A. No. 1:26-cv-00190-JLH |

## <u>MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to D. Del. Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of Stacey A. Villagomez, Esquire of Allen Matkins to represent Defendants

Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001, and The

Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021 in the above-captioned matter.

Dated: July 2, 2026                     Respectfully submitted,

                                        REED SMITH LLP


                                        */s/ Benjamin P. Chapple*
                                        Benjamin P. Chapple (No. 5871)
                                        1201 N. Market Street, Suite 1500
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 778-7500
                                        Facsimile: (302) 778-7575
                                        Email:  bchapple@reedsmith.com


                                        *Counsel for Defendants*