## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMERIS BANK,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRICK E. BYRNE, THE PATRICK E.<br>BYRNE REVOCABLE TRUST U/T/A<br>DATED FEBRUARY 23, 2001, and THE<br>PATRICK E. BYRNE IRREVOCABLE<br>TRUST U/T/A DATED JULY 22, 2021,<br><br>          Defendants. | C.A. No. 1:26-cv-00190-JLH |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules.

In accordance with the *Standing Order for District Court Fund* effective January 1, 2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of the foregoing motion.

Dated: July 2, 2026

/s/ *Stacey A. Villagomez*
Stacey A. Villagomez
Allen Matkins
2010 Main Street, 8th Floor
Irvine, CA 92614
Telephone: (213) 955-5637
Email: svillagomez@allenmatkins.com