**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| AMERIS BANK,<br><br>      Plaintiff,<br><br>  v.<br><br>PATRICK E. BYRNE, THE PATRICK E.<br>BYRNE REVOCABLE TRUST U/T/A<br>DATED FEBRUARY 23, 2001, and THE<br>PATRICK E. BYRNE IRREVOCABLE<br>TRUST U/T/A DATED JULY 22, 2021,<br><br>      Defendants. | C.A. No. 1:26-cv-00190-JLH |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Stacey

A. Villagomez is GRANTED.


Dated:_____     _____

                                                 The Honorable Jennifer L. Hall
                                                 UNITED STATES DISTRICT JUDGE