IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMERIS BANK,

        Plaintiff,

        v.

PATRICK E. BYRNE, THE PATRICK E.
BYRNE REVOCABLE TRUST U/T/A DATED
FEBRUARY 23, 2001, and THE PATRICK E.
BYRNE IRREVOCABLE TRUST U/T/A
DATED JULY 22, 2021,

        Defendants.

C.A. No. 26-190-JLH

**DECLARATION OF MEGAN IX BRISON IN SUPPORT OF OPPOSITION TO
DEFENDANTS' PARTIAL MOTION TO DISMISS**

**MEGAN IX BRISON** declares pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney at the law firm of Smith, Katzenstein & Jenkins LLP and counsel to Defendant Ameris Bank ("Ameris"). I make this declaration in support of Ameris's Opposition to Defendants' Partial Motion to Dismiss in order to place before the Court documents necessary to its determination of the Motion.

2.      Attached as **Exhibit 1** is a true and correct copy of the Patrick Byrne's Complaint, dated September 16, 2024, and filed in *Patrick Byrne v. Ameris Bank,* Case No. 8:24-cv-01989-MWC-JDE (C.D. Cal.).

3.      Attached as **Exhibit 2** is a true and correct copy of the Verdict Form, dated June 11, 2026, and filed in *Patrick Byrne v. Ameris Bank*, No. 24-cv-1989 (C.D. Cal.).

4.      Attached as **Exhibit 3** is a true and correct copy of Ameris Bank's Complaint, dated May 7, 2025, and filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD (Del. Super.).

1

5.      Attached as **Exhibit 4** is a true and correct copy of the Ameris Bank's Direction for Entry of Judgment by Default, dated July 16, 2025, and filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD (Del. Super.).

6.      Attached as **Exhibit 5** is a true and correct copy of the Opposition of Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021 to Defendants' Motion to Vacate Default Judgment, dated November 26, 2025 and filed in in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD (Del. Super).

7.      Attached as **Exhibit 6** is a true and correct copy of Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021's Motion to Vacate Default Judgment, dated October 27, 2025 and filed in *Ameris Bank v. Patrick E. Byrne, et al.,* C.A. No. N25C-05-071 KMM CCLD (Del. Super.).

8.      Attached as **Exhibit 7** is a true and correct copy of the Opening Brief of Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021 in Support of Their Motion to Dismiss for Improper Venue, dated December 18, 2025, and filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD (Del. Super.).

9.      Attached as **Exhibit 8** is a true and correct copy of the First Amended Complaint of Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021, dated May 18, 2026 and filed in *Patrick E. Byrne, et al., v. Ameris Bank*, C.A. No. 1:25-cv-1557-JLH (D. Del.).

2

10.     Attached as **Exhibit 9** is a true and correct copy of an email chain between P. Byrne,

N. Stokes, J. Spencer, J. LaHaise, and P. Silva between July 17, 2023 and November 15, 2023.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2026 in Wilmington, Delaware.


By:     */s/ Megan Ix Brison*
        Megan Ix Brison