## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERIS BANK,<br><br>      Plaintiff,<br><br>      v.<br><br>PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>      Defendants. | Case No. 1:26-cv-00190-JLH |

## <u>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME</u>

WHEREAS, on February 20, 2026, Plaintiff Ameris Bank ("Plaintiff") filed a Complaint (the "Complaint") against Defendants Patrick E. Byrne, The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021, and The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001 ("Defendants");

WHEREAS, on May 19, 2026, Defendants filed a Partial Motion to Dismiss the Complaint, and an opening brief in support thereof (the "Motion to Dismiss");

WHEREAS, on July 23, 2026, Plaintiff filed an Answering Brief in Opposition to the Motion to Dismiss;

WHEREAS, Defendants' default deadline to file their Reply Brief in Further Support of the Motion to Dismiss (the "Reply Brief") is July 30, 2026; and

WHEREAS, the parties have conferred and agreed to extend Defendants' deadline to file the Reply Brief;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that:

1)      Defendants' deadline to file the Reply Brief shall be extended to August 21, 2026.


Dated: July 29, 2026

SMITH, KATZENSTEIN & JENKINS LLP

 /s/ Megan Ix Brison
Elizabeth Wilburn Joyce (No. 3666)
Megan Ix Brison (No. 6721)
Lauren Black (No. 7048)
1000 N. West Street, Suite 1501
Wilmington, Delaware  19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com
lab@skjlaw.com

OF COUNSEL:

Benjamin J. Razi
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW Washington, DC 20001
(202) 662-6000
brazi@cov.com

Robert C. Gianchetti
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
(212) 841-1000
rgianchetti@cov.com

*Counsel for Plaintiff*

REED SMITH LLP

 /s/ Benjamin P. Chapple
Benjamin P. Chapple (No. 5871)
John T. Miraglia (No. 6682)
1201 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7500
bchapple@reedsmith.com
jmiraglia@reedsmith.com

OF COUNSEL:

Matthew T. Sessions
Stacey A. Villagomez
ALLEN MATKINS
2010 Main Street, 8th Floor
Irvine, CA 92614-7214
(949) 553-1313
msessions@allenmatkins.com
svillagomez@allenmatkins.com

*Counsel for Defendants*

- 3 -

It is SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge