# EXHIBIT 9

# PUBLIC VERSION

| | |
|---|---|
| **From:** | Byrne, Patrick |
| **To:** | Stokes, Nicole |
| **Cc:** | Spencer, Jody; LaHaise, James; Silva, Phil |
| **Subject:** | RE: Purchase escrow reconciliation and final distribution |
| **Date:** | Wednesday, November 15, 2023 9:21:38 PM |
| **Attachments:** | image001.png |

Hi Nicole,

I agree to reimburse Ameris for the MHT legal invoices per my contractual obligation regarding MHT in the stock purchase agreement.

Will you please release the ▓▓▓▓▓ in escrow to me.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) ▓▓▓▓▓ | pateb@balboacapital.com



---

**From:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>
**Sent:** Monday, September 25, 2023 4:28 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Spencer, Jody <Jody.Spencer@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** Re: Purchase escrow reconciliation and final distribution

What happened to the ▓▓▓▓▓ sales tax issue that was due to Ameris?

We already settled ▓▓▓▓▓ out of escrow to you in good faith on December 15, 2022.

Our intent is to always do the right thing.  I hope you concur and also do the right thing.

Again, please confirm that you will reimburse us for these MHT legal invoices per your contractual obligation regarding MHT in the stock purchase agreement.

**Nicole S. Stokes**
**Ameris Bank** | EVP, Chief Financial Officer
3490 Piedmont Rd NE, Suite 1550 | Atlanta, GA 30305
(D) 404-240-1514

nicole.stokes@amerisbank.com

Visit us online at www.amerisbank.com

On Sep 25, 2023, at 11:53 AM, Byrne, Patrick <pateb@balboacapital.com> wrote:

Hi Nicole,

I thought Jim and I had agreed to, completely, separate the Escrow and the MHT issue.

I let Jim know that I had not consulted with my lawyer about my obligations on MHT but that I thought it would be most efficient to see where the final number ended up after the motion for attorney's fees was ruled on which should occur in Q4.

Frankly, I don't know why this is a big deal if you are absolutely convinced that I owe it.

Net/net- let's not spend any more time on the escrow.  Please do the right thing by releasing the remaining money in escrow to me, and let's move on.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) ▮▮▮▮▮▮▮▮ | pateb@balboacapital.com
<image001.png>

---

**From:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>
**Sent:** Friday, September 22, 2023 10:03 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Spencer, Jody <Jody.Spencer@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution

Pat,

We are keeping this separate if we settle the escrow without deducting the MHT invoices from the escrow payment.

However, we have paid the MHT legal invoices and have them recorded as a receivable from you on our books.  I need to justify that the receivable is collectible as these items become stale-dated receivables.

I need your confirmation that you will reimburse us for these MHT legal invoices per your contractual obligation regarding MHT in the stock purchase agreement.

Thank you,
Nicole


**Nicole S. Stokes**
**Ameris Bank** | EVP, Chief Financial Officer
3490 Piedmont Rd NE, Suite 1550 | Atlanta, GA 30305
(D) 404-240-1514
nicole.stokes@amerisbank.com

Visit us online at www.amerisbank.com

<image001.png>

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Friday, September 22, 2023 10:04 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Spencer, Jody <Jody.Spencer@amerisbank.com>; Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution

Good morning Jim,

In our last conversation I thought we agreed to deal with these issue separately.

Please advise.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) ███████ | pateb@balboacapital.com
<image001.png>

---

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Friday, September 22, 2023 5:57 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Spencer, Jody <Jody.Spencer@amerisbank.com>; Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution

Yes.  Need to know your commitment and plan to reimburse the bank for MHT expenses prior to yearend.  The bank is holding a receivable open for these expenses.

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Thursday, September 21, 2023 9:38 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Spencer, Jody <Jody.Spencer@amerisbank.com>; Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution

Good morning Jim,

Are we moving forward here?

Thanks,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) ▮▮▮▮▮▮▮ | pateb@balboacapital.com
<image001.png>

---

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Wednesday, September 13, 2023 1:07 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Spencer, Jody <Jody.Spencer@amerisbank.com>; Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution

Pat,  Want to confirm that I got this email.  Jody, Nicole and I have been in a planning session, so let us consider what you have here and will get back with before the end of the week.  Thanks

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Monday, September 11, 2023 3:42 PM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Spencer, Jody <Jody.Spencer@amerisbank.com>; Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution





**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D███████████    pateb@balboacapital.com
<image001.png>

P.S.-█████████████████████████████████t.

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Friday, September 1, 2023 10:07 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Spencer, Jody <Jody.Spencer@amerisbank.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution

Pat,  As we discussed this week on the call.  The fee income not booked prior to closing and the indemnification escrows are two unrelated events.  The indemnification escrow was in part of your indemnification for representations and warrantees you provided as part of the purchase agreement.  When we purchased Balboa, we purchased the company as represented with limited exceptions that are defined in the agreement.  Exclusive of the limited exceptions, the income or expenses of the company from the purchase date forward as stated in the purchase agreement are for the company's benefit or detriment. █████████████████████████████ ████████████████████████████████

I agree that we should close out the indemnity escrow and we will follow the previously provided calculation that does not include the fee income stated below.  Please let me know if you need me to resend it.  In order to have the escrow agent release the█████████please sign the release agreement previously provided and we will get the funds released.

Happy to discuss again, but I think we have been transparent and consistent with the purchase agreement on how the indemnity escrow funds are to be administered.

Thank you.

Jim

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

**From:** Byrne, Patrick <pateb@balboacapital.com>

**Sent:** Thursday, August 31, 2023 6:44 PM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Spencer, Jody <Jody.Spencer@amerisbank.com>; Maurer, Nicol <nicollm@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution



**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) █████████    pateb@balboacapital.com
<image001.png>

---

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Monday, August 7, 2023 7:23 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution

I have Jody re-looking at this.    Also asked Laura to submit your Q1 and Q2 incentive payments to payroll for payment.  Thanks

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305

(D) 404.240.1536 | (C) 404.538.2203

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Friday, August 4, 2023 4:14 PM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>; Spencer, Jody <Jody.Spencer@amerisbank.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution

Jim,

Below is the verbiage extracted from the attached contracts aka "Money Not Taken Into Income Pre-acquisition".

<image002.png>

<image003.png>

Please explain how this disclosure language does not have the clarity needed to take money into income.

Thank you,


**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) ▮▮▮▮▮▮▮▮ | pateb@balboacapital.com
<image001.png>

---

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Friday, August 4, 2023 10:27 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>; Spencer, Jody <Jody.Spencer@amerisbank.com>
**Subject:** RE: Purchase escrow reconciliation and final distribution

Pat,  I agree that we should keep MHT, and handle each open issue separately. ▮▮▮▮▮▮▮▮

███████████████████████████████████
███████████████████████

We are prepared to notify the escrow agent to release these funds immediately with your signature on the previously provided the escrow release document.  If you need us to resend the release please let me know.

<image004.png>

<image005.png>

Please call me with questions.

Thanks

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Friday, August 4, 2023 10:15 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** FW: Purchase escrow reconciliation and final distribution

Jim,

As I expressed in our meeting this week, I would really like to close out the escrow account so we can put this behind us.

 

We don't know the outcome of MHT on several fronts, so I think we keep this separate.

By keeping MHT separate, we reduce the number of issues we need to work out, simplifying our discussions.

Does this work for you?

I appreciate your consideration.

**Patrick Byrne**
**Chief Executive Officer**

**Balboa Capital, A Division of Ameris Bank**
(D) ██████████ | [pateb@balboacapital.com](mailto:pateb@balboacapital.com)
<image001.png>

---

**From:** Byrne, Patrick
**Sent:** Tuesday, August 1, 2023 2:54 PM
**To:** LaHaise, James <[James.LaHaise@amerisbank.com](mailto:James.LaHaise@amerisbank.com)>
**Cc:** Stokes, Nicole <[nicole.stokes@amerisbank.com](mailto:nicole.stokes@amerisbank.com)>
**Subject:** FW: Purchase escrow reconciliation and final distribution

Jim,

Here is our latest correspondence on the escrow account.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) ██████████ | [pateb@balboacapital.com](mailto:pateb@balboacapital.com)
<image001.png>

---

**From:** Byrne, Patrick
**Sent:** Monday, July 17, 2023 11:04 AM
**To:** LaHaise, James <[James.LaHaise@amerisbank.com](mailto:James.LaHaise@amerisbank.com)>
**Subject:** RE: Purchase escrow reconciliation and final distribution

Hi Jim,

I am still researching my liability on the MHT claim, but please forward the invoices.

████████████████████████████████████████
████████████████████████████████████████
████████████████

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) ██████████     [pateb@balboacapital.com](mailto:pateb@balboacapital.com)
<image001.png>

---

**From:** LaHaise, James <[James.LaHaise@amerisbank.com](mailto:James.LaHaise@amerisbank.com)>
**Sent:** Monday, July 17, 2023 8:43 AM
**To:** Byrne, Patrick <[pateb@balboacapital.com](mailto:pateb@balboacapital.com)>
**Subject:** Purchase escrow reconciliation and final distribution

Pat,  To close out the purchase escrow agreement, below is the reconciliation of the final distribution.  We previously provided the details on the sales tax claim.  The MHT indemnification accrual is currently ████████ and we will forward the details of invoices paid.  We would like to close this escrow account and make distributions.  With your approval, we will prepare escrow distribution instructions to distribute the remaining ████████ to Ameris Bank to clear the Sales Tax Claim accrual, and credit the remain ████████ balance to the MHT accrual.  Please let me know if that is satisfactory with you.

Thanks.

<image006.png>

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203
james.lahaise@amerisbank.com