**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERIS BANK,<br><br>Plaintiff/Counterclaim Defendant.<br><br>v.<br><br>PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>Defendants/Counterclaim Plaintiffs. | Case No. 1:26-cv-00190-JLH<br><br>(Consolidated) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 8, 2026, pursuant to the Scheduling Order (D.I. 39 at ¶ 6), Plaintiff/Counterclaim Defendant Ameris Bank served its Federal Rule of Civil Procedure 26(a)(1) initial disclosures on the following counsel of record:

Benjamin P. Chapple
John T. Miraglia
**REED SMITH LLP**
1201 North Market Street
Suite 1500
Wilmington, DE 19801
(302) 778-7500
bchapple@reedsmith.com
jmiraglia@reedsmith.com

Stacey A. Villagomez
Matthew T. Sessions
**ALLEN MATKINS**
2010 Main Street, 8th Floor
Irvine, CA 92614
(213) 955-5637
(949) 553-1313
svillagomez@allenmatkins.com
msessions@allenmatkins.com

Dated: September 8, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*<u>/s/ Megan Ix Brison</u>*
Elizabeth Wilburn Joyce (No. 3666)
Megan Ix Brison (No. 6721)
1000 North West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Ameris Bank*