**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERIS BANK,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A/ DATED JULY 22, 2021,<br><br>Defendants/Counterclaim Plaintiffs. | Case No: 1:26-cv-00190-JLH<br><br>(Consolidated) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 8, 2026, pursuant to the Scheduling Order entered in the above-captioned matter (D.I. 39 at ¶ 6), Defendants/Counterclaim Plaintiffs Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A/ Dated July 22, 2021 served their Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures on the following counsel of record:

Elizabeth Wilburn Joyce
Megan Ix Brison
**SMITH KATZENSTEIN & JENKINS LLP**
1000 North West Street, Suite 1501
Wilmington, DE 19801
ewj@skjlaw.com
mib@skjlaw.com

Benjamin J. Razi
**COVINGTON & BURLING LLP**
One CityCenter
Washington, DC 20001
brazi@cov.com

Robert C. Gianchetti
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001
rgianchetti@cov.com

Dated: September 8, 2026

Respectfully submitted,

REED SMITH LLP

*<u>/s/ Benjamin P. Chapple</u>*

Benjamin P. Chapple (No. 5871)
John T. Miraglia (No. 6682)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
bchapple@reedsmith.com
jmiraglia@reedsmith.com

*Counsel for Defendants/Counterclaim Plaintiffs*

OF COUNSEL:

Matthew T. Sessions (*pro hac vice*)
Stacey A. Villagomez (*pro hac vice*)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, CA 92614
(949) 553-1313
msessions@allenmatkins.com
svillagomez@allenmatkins.com