**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERIS BANK,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>Defendants/Counterclaim Plaintiffs. | C.A. No. 1:26-cv-00190-JLH<br><br>(Consolidated) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 24, 2026, Plaintiff/Counterclaim Defendant Ameris Bank served its Initial Disclosures pursuant to Paragraph 3 of the Default Standard for Discovery, Including Discovery of Electronically Stored Information, on the following counsel of record:

Benjamin P. Chapple, Esquire
John T. Miraglia, Esquire
**REED SMITH LLP**
1201 North Market Street, Suite 1500
Wilmington, DE 19801
bchapple@reedsmith.com
jmiraglia@reedsmith.com

Stacey A. Villagomez
Matthew T. Sessions
**ALLEN MATKINS**
2010 Main Street, 8th Floor
Irvine, CA 92614
(213) 955-5637
(949) 553-1313
svillagomez@allenmatkins.com
msessions@allenmatkins.com

Dated: September 24, 2026

SMITH, KATZENSTEIN & JENKINS LLP

By: /s/ *Megan Ix Brison*

Elizabeth Wilburn Joyce (DE Bar #3666)
Megan Ix Brison (DE Bar #6721)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com

*Attorneys for Plaintiff Ameris Bank*

OF COUNSEL:

Benjamin J. Razi
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
brazi@cov.com

Robert C. Gianchetti
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
(212) 841-1000
rgianchetti@cov.com