**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERIS BANK,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>Defendants / Counterclaim Plaintiffs. | Case No. 1:26-cv-00190-JLH<br><br>(Consolidated) |

**[PROPOSED] ORDER GRANTING DEFENDANTS/COUNTERCLAIM PLAINTIFFS' MOTION FOR LEAVE TO FILE <u>COUNTERCLAIMS / SECOND AMENDED COMPLAINT</u>**

**AND NOW**, this ___ day of _______________, 2026, upon consideration of Defendants/Counterclaim Plaintiffs' Motion for Leave to File Counterclaims / Second Amended Complaint (the "Motion") and any opposition thereto, it is hereby **ORDERED** and **DECREED** that:

1. The Motion is GRANTED.

2. Plaintiff/Counterclaim Defendant is directed to file an answer to the Counterclaims / Second Amended Complaint within ___ days of the entry of this Order.

________________________________
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE