**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERIS BANK,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>Defendants / Counterclaim Plaintiffs. | Case No. 1:26-cv-00190-JLH<br><br>(Consolidated) |

**CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1**

Pursuant to District of Delaware Local Rule 7.1.1, I hereby certify that a reasonable effort was made to reach agreement with opposing counsel regarding the subject matter of this Motion, but no agreement was reached. By way of further response, Defendants/Counterclaim Plaintiffs were granted leave by the Court to file the Motion via Oral Order dated September 2, 2026 (D.I. 42).

Dated: September 30, 2026

Respectfully submitted,

REED SMITH LLP

*/s/ Benjamin P. Chapple*

Benjamin P. Chapple (No. 5871)
John T. Miraglia (No. 6682)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
bchapple@reedsmith.com
jmiraglia@reedsmith.com

*Attorneys for Defendants/Counterclaim Plaintiffs Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021*

OF COUNSEL:

Matthew T. Sessions (*pro hac vice*)
Stacey A. Villagomez (*pro hac vice*)
ALLEN MATKINS
2010 Main Street, 8th Floor
Irvine, CA 92614
(949) 553-1313
msessions@allenmatkins.com
svillagomez@allenmatkins.com