**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERIS BANK,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>Defendants/Counterclaim Plaintiffs. | C.A. No. 1:26-cv-00190-JLH<br><br>(Consolidated) |

**DECLARATION OF MEGAN IX BRISON IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIMS/SECOND AMENDED COMPLAINT**

**MEGAN IX BRISON** declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the law firm of Smith, Katzenstein & Jenkins LLP and counsel to Plaintiff Ameris Bank ("Ameris"). I make this declaration in support of Ameris's Answering Brief in Opposition to Defendants' Motion for Leave to File Counterclaims/Second Amended Complaint ("Motion") in order to place before the Court documents necessary to its determination of the Motion.

2. Attached as **Exhibit 1** is a true and correct copy of the Stock Purchase Agreement by and among Ameris, Balboa Capital Corporation, Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021, dated as of December 10, 2021.

3. Attached as **Exhibit 2** is a true and correct copy of the Opening Brief of Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021 in Support of Their Motion to Dismiss for

Improper Venue, dated December 18, 2025, and filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD (Del. Super.).

4. Attached as **Exhibit 3** is a true and correct copy of the alleged Long-Term Incentive Plan referenced in Defendants' putative Second Amended Complaint/Counterclaims and introduced as a trial exhibit in *Patrick Byrne v. Ameris Bank*, No. 24-cv-1989 (C.D. Cal.).

5. Attached as **Exhibit 4** is a true and correct copy of Patrick Byrne's First Amended Complaint, dated June 10, 2026, and filed in *Patrick Byrne v. Ameris Bank*, No. 24-cv-1989 (C.D. Cal.).

6. Attached as **Exhibit 5** is a true and correct copy of the Verdict Form, dated June 11, 2026, and filed in *Patrick Byrne v. Ameris Bank*, No. 24-cv-1989 (C.D. Cal.).

7. Attached as **Exhibit 6** is a true and correct copy of Defendants' demand for indemnification from Ameris, dated September 29, 2026, referenced in paragraph 88 of Defendants' putative Second Amended Complaint/Counterclaims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2026 in Wilmington, Delaware.

By: /s/ *Megan Ix Brison*
Megan Ix Brison